IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

    Plaintiff

v.                                                            Civil No.: 1:18cv28-MW/GRJ

REAL PROPERTY LOCATED AT
14196 SANDDOLLAR LANE, CRYSTAL
RIVER, FLORIDA, WITH ALL IMPROVEMENTS
AND APPURTENANCES THEREON

    Defendant
_____/

## STATUS REPORT

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and provides the following status of the above-referenced case to the court:

1.    The undersigned hereby informs the court that on or about June 26, 2018, a 10-count indictment was returned against Justin Lewis, in *United States of America v. Justin Lewis, Criminal Case No. 1:18cr15,* charging him with various violations of Title 18, United States Code, Section 1028A(a)(1).   The trial date is set for February 25, 2019.

2.	The real property located at 14196 Sanddollar Lane, Crystal River, Florida, titled in the name of Justin Lewis, was included in the indictment as a forfeitable asset.

3.	Justin Lewis is the only individual who has filed a claim in the instant case.

4.	A trial date is currently set for February 25, 2019.

5.	A stay in this matter is still appropriate, pending a resolution of the criminal prosecution.   The United States will file a status report every 90 days until the resolution of the criminal case.

Dated this 10th day of December, 2018.

>Respectfully submitted,
>
>CHRISTOPHER P. CANOVA
>United States Attorney
>
>*//s// Corey J. Smith*
>COREY J. SMITH
>Assistant United States Attorney
>Florida Bar No. 0120420
>111 North Adams Street, 4th Floor
>Tallahassee, Florida   32301
>(850) 942-8430

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2018, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF filing system and Justin Lewis was mailed a copy at 13280 SW 61st Place Road, Ocala, Florida 34481; and to Jack Maro, Post Office Box 3868, Ocala, Florida 34478-3868 .

> */s/ Corey J. Smith*
> COREY J. SMITH
> Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I HEREBY CERTIFY that this Status Report complies with the type-volume limitation of Local Rule 7.1(F), 8,000 words, because this document contains 368 words.

> *//s// Corey J. Smith*
> COREY J. SMITH
> Assistant United States Attorney